UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE individually and on behalf of all similarly situated individuals,<br><br>        Plaintiff,<br>v.<br><br>FENIX INTERNET, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No. 21-cv-6624<br><br>Hon. Gary S. Feinerman |

### DEFENDANT'S MOTION TO DISMISS

Defendant Fenix Internet, LLC ("Fenix Internet") respectfully moves the Court to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction over Fenix Internet. Alternatively, Fenix Internet moves to dismiss this action pursuant to the doctrine of forum non conveniens. Fenix Internet additionally moves to dismiss Plaintiff Jane Doe's claim under 740 ILCS 14/15(c) pursuant to Fed. R. Civ. P. 12(b)(6).

The grounds supporting this motion are set out in the accompanying Memorandum of Law, Declaration, and the exhibits thereto.

Dated: January 31, 2022

                                            Respectfully submitted,

                                            WINSTON & STRAWN LLP

                                            By: */s/ Sean G. Wieber*

                                                Sean G. Wieber
                                                Patrick R. O'Meara
                                                WINSTON & STRAWN LLP
                                                35 W. Wacker Dr.
                                                Chicago, Illinois 60601
                                                Tel: (312) 558-5600
                                                Fax: (312) 558-5700
                                                swieber@winston.com

pomeara@winston.com

*Attorneys for Defendant Fenix Internet, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I filed the foregoing document using the CM/ECF system and caused it to be served on counsel for Plaintiff.

By: *s/ Sean G. Wieber*
Sean G. Wieber
Patrick R. O'Meara
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
swieber@winston.com
pomeara@winston.com

*Attorneys for Defendant Fenix Internet, LLC*