UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE individually and on behalf of all similarly situated individuals,<br><br>        Plaintiff,<br>v.<br><br>FENIX INTERNET, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No. 21-cv-6624<br><br>Hon. Gary S. Feinerman |

## EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| 1 | **Declaration of Lee Taylor**<br><br>**Exhibit A to Declaration of Lee Taylor – OnlyFans Terms of Service** |
| 2 | **Appendix of English Law Authority**<br><br>**A-1**: *Donohue v Armco Inc.* [2001] UKHL 64, 2001 WL 1479758<br>**A-17**: *BNP Paribas SA v Anchorage Capital Europe LLP* [2013] EWHC 3073 (Comm), 2013 WL 5336632<br>**A-35**: *Catlin Syndicate Ltd v Amec Foster Wheeler USA Corp* [2020] EWHC 2530 (Comm), 2020 WL 05713769<br>**A-54**: *Eastern Pacific Chartering Inc v Pola Maritime Ltd* [2021] EWHC 1707 (Comm) |