# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jane Doe, et al.

                      Plaintiff,

v.                                                                  Case No.: 1:21−cv−06624

                                                                        Honorable Gary Feinerman

Fenix Internet, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Given Plaintiffs' filing of an amended complaint [18], which is their one amendment of right under Rule 15(a)(1), the motion to dismiss [11] is denied as moot. Defendant shall file its responsive pleading to the amended complaint by 3/8/2022. The motion hearing set for 4/1/2022 [16] is stricken. Status hearing set for 3/11/2022 at 9:30 a.m. Attorneys/Parties should appear for the 3/11/2022 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.