# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JANE DOE, DEVYNN DOMINGUEZ, YOLENE REYES, and DARLENE BENNETT, individually and on behalf of similarly situated individuals,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>FENIX INTERNET LLC, a Delaware corporation,<br><br>   *Defendant*. | No. 21-cv-6624<br><br>Hon. Gary S. Feinerman |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

Plaintiffs Jane Doe, Devynn Dominguez, Yolene Reyes, and Darlene Bennett (together, "Plaintiffs"), pursuant to Fed. R. Civ. P. 6(b) and 15(a)(2) and this Court's inherent authority to manage its docket, hereby moves this Court for leave to file their Second Amended Complaint. In support of this Motion Plaintiffs state as follows:

  1.  Plaintiff Jane Doe commenced this putative class action by filing a Complaint in the Circuit Court of Cook County, Illinois, on November 5, 2021 alleging violations of the Illinois Biometric Information Privacy Act, 740 ILCS 14/15 *et seq*. (Dkt. 1-1.)

  2.  Defendant removed Plaintiff Doe's action to this Court on December 10, 2021. (Dkt. 1.)

  3.  On January 31, 2022, Defendant filed its Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction, forum non conveniens, and failure to state claim.

4.     On February 22, 2022, Plaintiff Doe filed her First Amended Complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B), adding Plaintiffs Devynn Dominguez, Yolene Reyes, and Darlene Bennett as additional plaintiffs and class representatives.

5.     On March 4, 2022, the Court granted the Defendant's Motion for Extension of Time to respond to Plaintiff's First Amended Complaint, allowing Defendant until April 7, 2022 to file its responsive pleading.

6.     Following the filing of Plaintiffs' First Amended Complaint, Plaintiffs' Counsel has engaged in substantial communications with counsel for Defendant regarding Plaintiffs' allegations and both Parties have even provided certain pre-discovery disclosures in an effort to narrow issues and conserve the Parties' and the Court's resources.

7.     In the course of the Parties' communications certain information as to Plaintiffs Dominguez and Bennett were disclosed by Defendant challenging certain of their allegations of fact.

8.     In light of these disclosures, Plaintiffs respectfully seek leave to file a Second Amended Complaint that would remove Plaintiffs Dominguez and Bennett, and allow Plaintiffs to substitute a new Plaintiff in their behalf as a class representative.

9.     Leave to amend should be "freely give[n] when justice so requires." Fed. R. Civ. P. 15(a)(2); *see also Sides v. City of Champaign*, 496 F.3d 820, 825 (7th Cir. 2007) (leave should be "liberally grant[ed]"); *Eastern Natural Gas Corp. v. Aluminum Co. of Am.*, 126 F.3d 996, 999 (7th Cir. 1997) (same).

10.    Plaintiffs' Motion for Leave to Amend is brought in good faith and at an early stage of the litigation so as to avoid any unnecessary motion practice by the Parties.

11. In addition, Plaintiffs' counsel has met and conferred with counsel for the Defendant. Defendant's counsel has indicated that Defendant does not oppose the relief sought by Plaintiffs' Motion for Leave to Amend.[1]

12. So as to provide sufficient time for Defendant to confer with Plaintiffs about their proposed amended complaint, Plaintiffs respectfully request that the Court allow Plaintiffs until April 21, 2022, to file their Second Amended Complaint.

13. The Parties have also agreed that Defendant shall have 43 days following the filing of Plaintiffs' Second Amended Complaint to answer or otherwise plead, until June 3, 2022.

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court grant Plaintiffs' Motion for Leave to Amend and enter an order: allowing Plaintiffs to file their Second Amended Complaint on or before April 21, 2022; permitting Defendant to answer or otherwise plead to Plaintiffs' Second Amended Complaint on or before June 3, 2022; and for whatever additional relief the Court deems reasonable and appropriate.

Dated: April 6, 2022

Respectfully submitted,

JANE DOE, YOLENE REYES, and DANIEL A. BARTELS, individually and on behalf of similarly situated individuals

By: /s/ Eugene Y. Turin
*One of Plaintiffs' Attorneys*

Eugene Y. Turin
Timothy P. Kingsbury
Colin P. Buscarini
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
tkingsbury@mcgpc.com
cbuscarini@mcgpc.com
*Attorneys for Plaintiffs and the Putative Class*

---

[1] Defendant in no way credits the merits of Plaintiffs' allegations or claims in choosing not to oppose the amendment, but merely seeks to narrow the issues that require judicial resolution.

3

4

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 6, 2022, I caused the foregoing *Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Eugene Y. Turin