# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, YOLENE REYES, and DANIEL A. BARTELS, individually and on behalf of similarly situated individuals,<br><br>       Plaintiffs,<br>  v.<br><br>FENIX INTERNET LLC, a Delaware limited liability company,<br><br>       Defendant. | Case No. 21-cv-6624<br><br>Hon. Gary S. Feinerman |

## EXHIBIT INDEX

| **Exhibit** | **Description** |
|---|---|
| 1 | **Declaration of Lee Taylor**<br><br>**Exhibit A to Declaration of Lee Taylor – OnlyFans Terms of Service** |