IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLENE REYES, and ALEXANDRA KESICH, individually and on behalf of similarly situated individuals, ) ) ) ) | |
| *Plaintiffs*, ) ) | No. 21-cv-6624 |
| v. ) ) | Hon. Joan H. Lefkow |
| FENIX INTERNET LLC, a Delaware Limited Liability Company, and CYBERTANIA, INC., a Florida Domesticated Corporation, ) ) ) ) ) | |
| *Defendant*. ) ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANT FENIX INTERNET, LLC**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Yolene Reyes and Alexandra Kesich hereby voluntarily dismiss their claims against Fenix Internet, LLC without prejudice.

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Defendant Fenix Internet, LLC has neither answered nor served a motion for summary judgment in this action.

2. Accordingly, Plaintiffs hereby voluntarily dismiss their claims against Fenix Internet, LLC without prejudice.

| | |
|---|---|
| Dated: August 28, 2024 | Respectfully submitted:<br><br>YOLENE REYES, and ALEXANDRA KESICH, individually<br>and on behalf of similarly situated individuals<br><br>By: */s/ Eugene Y. Turin*<br>One of Plaintiffs' Attorneys<br><br>Eugene Y. Turin<br>Colin P. Buscarini<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Dr., 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>Fax: (312) 275-7895<br>eturin@mcgpc.com<br>cbuscarini@mcgpc.com<br><br>*Attorneys for Plaintiffs and the putative Class and Subclasses* |

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2024 I caused the foregoing *Plaintiffs' Notice of Voluntary Dismissal as to Defendant Fenix Internet, LLC* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Eugene Y. Turin*