UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLENE REYES and ALEXANDRA KESICH, individually and on behalf of similarly situated individuals,<br><br>    Plaintiffs,<br>  v.<br><br>CYBERTANIA INC., a Florida domesticated corporation,<br><br>    Defendant. | Case No. 21-cv-6624<br><br>Hon. Joan H. Lefkow |

**CYBERTANIA'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)**

Defendant Cybertania Inc. ("Cybertania") respectfully moves the Court to dismiss Plaintiffs' Third Amended Complaint ("TAC") under Rule 12(b) of the Federal Rules of Civil Procedure.

Specifically, Cybertania requests that the Court dismiss the TAC without leave to amend under Rule 12(b)(2) for lack of personal jurisdiction. If the Court concludes that it has personal jurisdiction, Cybertania requests that the Court dismiss the TAC without leave to amend under Rule 12(b)(1) for lack of subject matter jurisdiction. If the Court declines to dismiss Plaintiffs' claim on jurisdictional grounds, Cybertania requests that the Court dismiss the TAC without leave to amend under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

The grounds supporting this motion are set out in the accompanying Memorandum of Law and exhibit thereto.

Dated: September 17, 2024 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP

　　　　　　　　　　　　　　　　　　　By:　/s/ *Sean G. Wieber*
　　　　　　　　　　　　　　　　　　　　　Sean G. Wieber
　　　　　　　　　　　　　　　　　　　　　Kevin P. Simpson
　　　　　　　　　　　　　　　　　　　　　Patrick G. Simonaitis
　　　　　　　　　　　　　　　　　　　　　James W. Randall
　　　　　　　　　　　　　　　　　　　　　35 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　　W‌INSTON & S‌TRAWN LLP
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　Tel.: (312) 558-5600
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 558-5700
　　　　　　　　　　　　　　　　　　　　　SWieber@winston.com
　　　　　　　　　　　　　　　　　　　　　KPSimpson@winston.com
　　　　　　　　　　　　　　　　　　　　　PSimonaitis@winston.com
　　　　　　　　　　　　　　　　　　　　　JWRandall@winston.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Cybertania Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I filed the foregoing document using the CM/ECF system and caused it to be served on counsel for Plaintiffs.

By: /s/ *Sean G. Wieber*
  Sean G. Wieber

  *Counsel for Cybertania Inc.*