## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Yolene Reyes, et al.
                              Plaintiff,

v.                                                 Case No.: 1:21−cv−06624
                                                        Honorable Joan H. Lefkow

Eugene Y. Turin, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion to file under sea [127] is granted. Plaintiff's responses to the motions to dismiss [128] and [131] are due by 4/3/2026. Defendant's replies are due by 4/17/2026. Status hearing date is stricken. Mailed notice (ags,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.