## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Yolene Reyes, et al.

Plaintiff,

v.

Case No.: 1:21−cv−06624
Honorable Joan H. Lefkow

Eugene Y. Turin, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Defendant's motion to partially lift stay to permit briefing on its pending motions to dismiss [138] is granted. Plaintiffs may respond to defendant's motions to dismiss [[128] & [131]] by May 20, 2026. Defendants may reply within 14 days of plaintiffs' response. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.