**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Yolene Reyes, et al.
Plaintiff,
v.
Eugene Y. Turin, et al.
Defendant.

Case No.: 1:21−cv−06624
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Pursuant to the stipulation of dismissal [153], this case is dismissed with prejudice to Plaintiffs' individual claims and without prejudice as to the claims of the other putative class members. All pending motions are denied as moot. Status hearing date is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.